UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SENIQUE A. JAMISON,

       Plaintiff,

v

CHILDREN'S PROTECTIVE SERVICES,
et al,

       Defendants.
_____/

Case No. 1:17-CV-559

Hon. Gordon J. Quist

## ORDER OF RECUSAL

In accordance with 28 U.S.C. § 455(a) and § 455(b)(1), I hereby disqualify myself from all further proceedings in this case. The Clerk's Office shall reassign the case to another magistrate judge pursuant to the approved procedure.

**IT IS SO ORDERED.**

Dated: June 28, 2017             /s/ Ray Kent
                                                      RAY KENT
                                                      United States Magistrate Judge